Deborah Ryan
3625 E Doveln
Kingman, AZ
86409

Johnson Law Group
2925 Richmond Ave.
Suite 1700
Houston, TX.
77098

LAS VEGAS NV 890
2 JAN 2025 PM 3 L

KINGMAN, AZ 86401
JAN 02 2025
USPS

# STATE OF ARIZONA
## CERTIFICATION OF VITAL RECORD

**STATE OF ARIZONA**
**DEPARTMENT OF HEALTH SERVICES - BUREAU OF VITAL RECORDS**
**CERTIFICATE OF DEATH**

ORIGINAL STATE COPY

State File Number: 102-2023-010939

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME (FIRST, MIDDLE, LAST, SUFFIX) | JOHN, JOSEPH, RYAN |
| 2. AKA'S (IF ANY) | JOHN J RYAN III |
| 3. DATE OF DEATH | 02/23/2023 |
| 4. SEX | MALE |
| 5. SOCIAL SECURITY NUMBER | ■■■-■■-6631 |
| 6. DATE OF BIRTH | ■■/■■/1969 |
| 7. AGE | 53 YEARS |
| 8. CITY/TOWN, COUNTY AND ZIP OR LOCATION OF DEATH | KINGMAN, MOHAVE, 86409 |
| 9. PLACE OF DEATH (TYPE OF PLACE OF DEATH AND FACILITY NAME/ADDRESS) | RESIDENCE - 3625 E DOVE LANE |
| 10. BIRTHPLACE (CITY AND STATE OR FOREIGN COUNTRY) | BALTIMORE, MARYLAND |
| 11. MARITAL STATUS | MARRIED |
| 12. NAME OF SURVIVING SPOUSE PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX) | DEBORAH, ANN, AGERSON |
| 13. DECEDENT'S USUAL RESIDENCE ADDRESS (STREET, CITY, COUNTY, STATE, ZIP) | 3625 E DOVE LANE, KINGMAN, MOHAVE, AZ, 86409 |
| 14. DECEDENT'S HISPANIC ORIGIN(S) | NO, NOT SPANISH/HISPANIC/LATINO |
| 15. DECEDENT'S RACE(S) | WHITE |
| 16. EVER IN ARMED FORCES | NO |
| 17. OCCUPATION | OWNER |
| 18. FATHER'S NAME (FIRST, MIDDLE, LAST, SUFFIX) | UNKNOWN, , UNKNOWN |
| 19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE (FIRST, MIDDLE, LAST, SUFFIX) | SHARON, L, STAUFFACKER |
| 20. INFORMANT'S NAME (FIRST, MIDDLE, LAST, SUFFIX) | DEBORAH, ANN, RYAN |
| 21. RELATIONSHIP | SPOUSE |
| 22. INFORMANT'S MAILING ADDRESS | 3625 E DOVE LANE, KINGMAN, AZ, 86409 |
| 23. NAME AND ADDRESS OF FUNERAL FACILITY OR RESPONSIBLE PERSON | DESERT VIEW FUNERAL CHAPEL, P.O. BOX 4027, KINGMAN, AZ, 86402 |
| 24. FUNERAL DIRECTOR'S NAME OR RESPONSIBLE PERSON | FRANK, , SUTTON |
| 25. LICENSE NUMBER | FDL-000981 |
| 26. METHOD(S) OF DISPOSITION | CREMATION |
| 27. NAME AND LOCATION OF 1ST DISPOSITION FACILITY | SUTTON CREMATORY, KINGMAN, AZ, US |
| 28. NAME AND LOCATION OF 2ND DISPOSITION FACILITY | |

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

| # | Cause | Approximate Interval |
|---|---|---|
| 29. A. IMMEDIATE CAUSE OF DEATH | PENDING | 30. |
| 31. B. DUE TO OR AS A CONSEQUENCE OF: | | 32. |
| 33. C. DUE TO OR AS A CONSEQUENCE OF: | | 34. |
| 35. D. DUE TO OR AS A CONSEQUENCE OF: | | 36. |

### CAUSE OF DEATH PART II

| Field | Value |
|---|---|
| 37. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO THE DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I: | |
| 38. INJURY? | UNKNOWN |
| 39. INJURY AT WORK? | |
| 40. MANNER OF DEATH | PENDING INVESTIGATION |
| 41. TIME OF DEATH | 18:54 |
| 42. WAS AN AUTOPSY PERFORMED? | NO |
| 43. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

### CAUSE AND MANNER CERTIFICATION

| Field | Value |
|---|---|
| ON THE BASIS OF EXAMINATION OR INVESTIGATION, AS APPLICABLE, THE DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED. | |
| 44. NAME OF PERSON COMPLETING CAUSE OF DEATH | ARCHIAUS, , MOSLEY |
| 45. DATE CERTIFIED | 02/27/2023 |
| 46. CERTIFIER'S ADDRESS | 1145 AVIATION DRIVE #101, LAKE HAVASU CITY, AZ, 86404 |

Date Registered: 03/02/2023   Date Issued: 03/06/2023   VS-49 Rev. 12/2017

J4268300

This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA.
Revised 07/2016

*Krystal Colburn*
KRYSTAL COLBURN
ASSISTANT STATE REGISTRAR

ARIZONA DEPARTMENT OF HEALTH SERVICES

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.